Samuel J. Bennett, Appellant, v. Minnesota Mutual Life Insurance Company, Appellee.

Gen. No. 42,951.

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Scott, MacLeish & Falk, for appellee; Wendell J. Brown, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.